GIBSON, DUNN & CRUTCHER LLP
Gail E. Lees, SBN 090363
333 South Grand Ave.
Los Angeles, California 90071
Telephone: (213) 229-7163
Facsimile: (213) 229-6163

Austin V. Schwing, SBN 211696
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8210
Facsimile: (415) 374-8458

Sarah M. Schlosser, SBN 223022
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: (949) 451-3827
Facsimile: (949) 475-4684

Attorneys for Defendants Avis Rent A Car System, Inc.; Avis Rent A Car System, LLC; Avis Budget Group, Inc.

PINNOCK & WAKEFIELD
A Professional Corporation
David C. Wakefield, SBN 185736
Michelle L. Wakefield, SBN 200424
3033 Fifth Avenue, Suite 410
San Diego, California 92103
Telephone: (619) 658-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

FILED
06 NOV -8 PM 1:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2150 SIGOURNEY JOSSIAH – FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, an individual ,

Plaintiffs,

v.

TOM PACHECO d.b.a. TPP RENTALS; J.R. CAR RENTALS, INC; AVIS RENT A CAR SYSTEM, INC.; AVIS RENT A CAR SYSTEM, LLC; AVIS BUDGET GROUP, INC.; WEEDN (SURVIVORS) TRUST; WEEDN CREDIT SHELTER TRUST, dated 06-07-78; JUANITA

CASE NO. 06CV 2230 BEN WMc

CLASS ACTION

STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT

M. WEEDN; NORA ELIZABETH WELSHANS; WEEDN FAMILY TRUST; And DOES 1 THROUGH 10, Inclusive,

Defendants.

Defendants Avis Rent A Car System, Inc, Avis Rent A Car System, LLP, and Avis Budget Group, Inc. (collectively, "Avis") and Plaintiffs 2150 Sigourney Jossiah – Francis Lee Association, suing on behalf of Theodore A. Pinnock and its members, and Theodore A. Pinnock (collectively, "Plaintiffs") (Avis and Plaintiffs collectively referred to as the "parties"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, the Complaint in this action was served on Avis' agent for service of process on October 11, 2006;

WHEREAS, under the Federal Rules of Civil Procedure, Avis' responsive pleading is due on October 31, 2006;

WHEREAS, on October 24, 2006, the parties' counsel met and conferred regarding the Complaint and the due date for Avis' responsive pleading;

WHEREAS, the parties agree that Avis should have up to and including November 21, 2006 to respond to Plaintiffs' Complaint, whether by answer or other response;

WHEREAS, both parties agree that good cause exists for this extension of time because Avis reasonably needs additional time to evaluate the allegations in the Complaint and to prepare a responsive pleading;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

///

///

///

///

///

///

2

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT; Case No. 06CV 2230 BEN WMc

Avis shall have up to and including November 21, 2006 to file a pleading responsive to the Complaint.

DATED: October 25, 2006

GIBSON, DUNN & CRUTCHER LLP
Gail E. Lees
Austin V. Schwing
Sarah M. Schlosser

By: ______________________
Austin V. Schwing

Attorneys for Defendants,
Avis Rent A Car System, Inc, Avis Rent A Car System, LLP, and Avis Budget Group, Inc.

DATED: October 26, 2006

PINNOCK & WAKEFIELD
David C. Wakefield
Michelle L. Wakefield

By: ______________________
Michelle L. Wakefield

Attorneys for Plaintiffs 2150 Sigourney Jossiah – Francis Lee Association, suing on behalf of Theodore A. Pinnock and its members, and Theodore A. Pinnock, an individual.

**ORDER**

IT IS SO ORDERED.

Avis shall have up to and including November 21, 2006 to file a pleading responsive to the Complaint.

DATED: 11/08/06

______________________
Hon. Roger T. Benitez
Judge of the United States District Court

100101634_1.DOC

3

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT; Case No. 06CV 2230 BEN WMc